**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00302-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICARDO ACOSTA-RAMOS,

      Defendant.

---

## MINUTE ORDER[1]

---

      The matter is before the court on defendant's **Notice of Disposition and Motion For Pre Plea Pre-Sentence Investigation** [#11][2] filed September 4, 2012. After reviewing the motion and the record, the court has concluded that the motion for a pre plea pre-sentence investigation should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the motion for pre plea pre-sentence investigation is **GRANTED**;

      2.  That on **September 11, 2012**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set this matter for a combined change of plea/sentencing in approximately eight (8) weeks; and

      3.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  September 5, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.