**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   12-cr-00302-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICARDO ACOSTA-RAMOS,

      Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on November 8, 2012,

**IT IS ORDERED** that Defendant Ricardo Acosta-Ramos, who has stated his true name as Felix Aguilar-Sandoval, is sentenced to **time served**.

Dated:  November 8, 2012

                                              BY THE COURT:

                                              s/ Robert E. Blackburn
                                              ROBERT E. BLACKBURN,
                                              UNITED STATES DISTRICT JUDGE